| AO 10 Rev. 1/2010 | **FINANCIAL DISCLOSURE REPORT** **NOMINATION FILING** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Andrews, Richard G. | 2. Court or Organization District of Delaware | 3. Date of Report 05/11/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge | 5a. Report Type (check appropriate type) ☑ Nomination, Date 05/11/2011 ☐ Initial ☐ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 1/1/2010 to 05/07/2011 |
| 7. Chambers or Office Address Department of Justice 820 N. French Street Wilmington, Delaware 19801 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. Trustee | Trust #2 |
| 3. Custodian | UGMA #1 |
| 4. Custodian | UGMA #2 |
| 5. Trustee | 529 Plan |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Andrews, Richard G. | 05/11/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | State of Delaware, salary | $37,900.00 |
| 2. 2010 | State of Delaware, salary | $116,600.00 |
| 3. 2009 | State of Delaware, salary | $116,900.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section. (Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Villanova University School of Law, salary |
| 2. 2010 | Villanova University School of Law, salary |
| 3. Feb. 2011 | Northern Illinois University School of Law, honorarium, $200 |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Exempt | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Andrews, Richard G. | 05/11/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |

# FINANCIAL DISCLOSURE REPORT
Page 4 of 10

Name of Person Reporting
Andrews, Richard G.

Date of Report
05/11/2011

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CBS common | A | Dividend | J | T | Exempt | | | | |
| 2. Manulife Financial common | A | Dividend | J | T | | | | | |
| 3. Sun Life Financial common | C | Dividend | L | T | | | | | |
| 4. Viacom B common | A | Dividend | J | T | | | | | |
| 5. Children's Bonus Bonds | A | Interest | J | T | | | | | |
| 6. CREF Growth Stock | | None | L | T | | | | | |
| 7. CREF Stock | | None | M | T | | | | | |
| 8. Fidelity Blue Chip Value Fund | A | Dividend | L | T | | | | | |
| 9. Fidelity Delaware Portfolio 2012 (Index) (529 Plan) | | None | M | T | | | | | |
| 10. Fidelity Freedom 2020 | | None | J | T | | | | | |
| 11. Fidelity MSIFT Growth Portfolio | A | Dividend | L | T | | | | | |
| 12. John Hancock Cash Management IRA | | None | J | T | | | | | |
| 13. TIAA Traditional | D | Interest | M | T | | | | | |
| 14. T. Rowe Price Blue Chip Growth (UGMA #2) | A | Dividend | M | T | | | | | |
| 15. T. Rowe Price Growth & Income IRA | A | Dividend | K | T | | | | | |
| 16. T. Rowe Price Health Sciences | A | Dividend | L | T | | | | | |
| 17. T. Rowe Price New Income Fund IRA | B | Dividend | K | T | | | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
     P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. T. Rowe Price Prime Reserve #1 | A | Dividend | J | T | | | | | |
| 19. T. Rowe Price Prime Reserve #2 (UGMA #2) | A | Dividend | L | T | | | | | |
| 20. T. Rowe Price Summit GNMA | D | Dividend | M | T | | | | | |
| 21. Invesco Van Kampen Capital Growth Fund | | None | K | T | | | | | |
| 22. Vanguard Capital Value Fund | A | Dividend | K | T | | | | | |
| 23. Vanguard Emerging Markets Admiral | A | Dividend | L | T | | | | | |
| 24. Vanguard High Yield Corporate Fund Inv. | C | Dividend | K | T | | | | | |
| 25. Vanguard High Yield Tax Exempt Fund | C | Dividend | K | T | | | | | |
| 26. Vanguard Intermediate Term Bond Index Admiral | C | Dividend | L | T | | | | | |
| 27. Vanguard Intermediate Term Tax Exempt Bond | B | Dividend | K | T | | | | | |
| 28. Vanguard Limited Term Tax Exempt Bond | C | Dividend | M | T | | | | | |
| 29. Vanguard Long-Term Investment Grade Inv. | B | Dividend | K | T | | | | | |
| 30. Vanguard Long-Term Tax Exempt Fund Admiral | C | Dividend | L | T | | | | | |
| 31. Vanguard Long-Term Treasury Inv. | B | Dividend | K | T | | | | | |
| 32. Vanguard Mid-Cap Growth | A | Dividend | L | T | | | | | |
| 33. Vanguard Pacific Stock Index | B | Dividend | K | T | | | | | |
| 34. Vanguard Prime Money Market #1 | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Andrews, Richard G. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable Income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Vanguard Prime Money Market #2 | A | Dividend | L | T | | | | | |
| 36. Vanguard Prime Money Market #3 (UGMA #1) | A | Dividend | K | T | | | | | |
| 37. Vanguard REIT Index Fund | B | Dividend | L | T | | | | | |
| 38. Vanguard Small-Cap Growth | A | Dividend | L | T | | | | | |
| 39. Vanguard Stock Market Index | A | Dividend | K | T | | | | | |
| 40. Vanguard Target 2020 Fund IRA | A | Dividend | K | T | | | | | |
| 41. Vanguard Tax-Managed Capital Appreciation Fund | B | Dividend | L | T | | | | | |
| 42. Vanguard Tax-Managed Capital Appreciation F Ad (UGMA #1) | B | Dividend | M | T | | | | | |
| 43. Vanguard Tax-Managed International Fund | B | Dividend | L | T | | | | | |
| 44. Vanguard Tax-Managed Small Cap Fund #1 | A | Dividend | L | T | | | | | |
| 45. Vanguard Tax-Managed Small Cap Fund #2 (UGMA #1) | A | Dividend | L | T | | | | | |
| 46. Vanguard U.S. Growth IRA | A | Dividend | J | T | | | | | |
| 47. Vanguard Wellington Admiral #1 | C | Dividend | M | T | | | | | |
| 48. Vanguard Wellington Admiral #2 (UGMA #1) | B | Dividend | L | T | | | | | |
| 49. Vanguard Windsor II | C | Dividend | M | T | | | | | |
| 50. Wilmington Trust Co. Accounts | A | Interest | L | T | | | | | |
| 51. John Hancock whole life ins. #1 | D | Dividend | M | T | | | | | |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Andrews, Richard G. | 05/11/2011 |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. John Hancock whole life ins. #2 | D | Dividend | L | T | | | | | |
| 53. Sun Life whole life ins. #1 | A | Int./Div. | J | T | | | | | |
| 54. Sun Life whole life ins. #2 | C | Dividend | L | T | | | | | |
| 55. Trust #1 | | | | | | | | | |
| 56. - Exxon common | B | Dividend | L | T | | | | | |
| 57. - American Century Equity Income | A | Dividend | K | T | | | | | |
| 58. - American Century Income & Growth | A | Dividend | K | T | | | | | |
| 59. - DWS Strategic High Yield Tax Free Fund | B | Dividend | K | T | | | | | |
| 60. - DWS Intermediate Tax/AMT Free Fund | B | Dividend | K | T | | | | | |
| 61. - DWS Managed Municipal Bond Fund | A | Dividend | K | T | | | | | |
| 62. - Franklin Templeton Class Z | D | Dividend | M | T | | | | | |
| 63. - Hennessy Select Large Value FD Orig | A | Dividend | K | T | | | | | |
| 64. - RBC Enterprise Fund Class S | | None | M | T | | | | | |
| 65. Trust #2 | | | | | | | | | |
| 66. - T. Rowe Price High Yield | A | Dividend | | | | | | | |
| 67. - T. Rowe Price Summit GNMA #2 | B | Dividend | | | | | | | |
| 68. - T. Rowe Price Corporate Income | A | Dividend | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. ING Direct Account | A | Interest | J | T | | | | | |
| 70. Bank of America Account | | None | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes: (See Column C2)   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

None.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: _Richard G. Andrews_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 458 | 139 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 3 | 581 | 273 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | | |
| Real estate owned – see schedule | | 414 | 750 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 44 | 410 | | | | |
| Cash value-life insurance | | 310 | 448 | | | | |
| Other assets itemize: | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | | | 0 |
| | | | | Net Worth | 4 | 809 | 020 |
| Total Assets | 4 | 809 | 020 | Total liabilities and net worth | 4 | 809 | 020 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor on leases or contracts | | | | Are any assets pledged? | No | | |
| Legal Claims | | | | Are you defendant in any suits or legal actions? | No | | |
| Provision for Federal Income Tax | | | | Have you ever taken bankruptcy? | No | | |
| Other special debt | | | | | | | |